Case 7:16-cv-07719-NSR Document 10 Filed 11/04/16 Page 1 of 2

MEMO ENDORSED

**United States District Court**
**Southern District of New York**

| | |
|---|---|
| Pascazi Law Offices PLLC, Plaintiff, vs. Townsquare Interactive (being a fictitious name), Townsquare Interactive LLC, and John/Jane Does 1-10, Defendants. | Docket No.:16-cv-07719 (NSR)<br>Judge Assigned: Hon. Nelson S. Roman<br>**NOTICE OF MOTION** |

Plaintiff's Motion to Sever & Remand is denied without prejudice for failure to follow my Indiv. Practices. (See §3.A.ii.) The Clerk of the Court is requested to terminate the motion (doc. 10).

SO ORDERED:

Dated: Nov. 15, 2016

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Sirs/Madames:

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support, and upon the papers and proceedings already had herein: Plaintiff will move this Court, pursuant to F.R.C.P. Rule 21, 28 U.S.C. §1367(c), 28 U.S.C. §1447(c), and the Common Law, at the U.S. Courthouse, located at 300 Quarropas Street, White Plains, New York, on the 5th day of December, 2016, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an order severing Counts 1 through 8 inclusive (State Law claims) from the Complaint in this action, and remanding said Counts to the N.Y.S. Supreme Court, Dutchess County under Index Number 51683/2016, and for such other and further relief as to this Court may be just, proper, and equitable;

**PLEASE TAKE FURTHER NOTICE** that appearances are not required on the return date of this motion, unless directed by this Court;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2016



Michael S. Pascazi, Esq. (SDNY MP2259)
1065 Main Street, Suite D, Fishkill, NY 12524
Phone: 845.897.4219 / Fax: 845.468.7117*
*Service not accepted

**PLEASE TAKE FURTHER NOTICE;** that pursuant to the Federal Rules of Civil Procedure, the Local Rules, and the Individual Practices of this Court, opposition papers, if any, and/or cross motion papers, if any, are required to be served upon the undersigned in the manner and at the time as required by said Rules and Practices.

Dated: November 4, 2016; Fishkill, N.Y.

Respectfully Submitted:

/S/______*Michael S. Pascazi*__________X

Michael S. Pascazi, Esq. (MP2259)
1065 Main Street, Suite D, Fishkill, NY 12524
Ph: 845.897.4219 Fax: 845.468.7117*
Email: Mpascazi@pascazilaw.com*
*Service Not Accepted